IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 28 1994

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | ) | M-93-145-S2 -06 |
| --- | --- | --- |
| | ) | CA/CR NO. |
| v. | ) | RICARDO H. HINOJOSA |
| JUAN ANTONIO SALAZAR | ) | JUDGE |
| | ) | Sylvia Martinez   Irma Soto |
| | ) | Courtroom Clerk    ERO |
| | ) | Jury Trial |
| | ) | PROCEEDING |
| | ) | Government - Surovic |
| | ) | EXHIBIT LIST OF |
| | ) | March 28, 1994 |
| | | DATE |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADMIT |
| --- | --- | --- | --- | --- | --- |
| 1 | Chart of jail | ✓ | | 3/28/94 | |
| 2 | Order of Detention | ✓ | | 3/30/94 | |
| 3 | Indictment | ✓ | | 3/30/94 | |
| 4 | Superseding Indictment | ✓ | | 3/30/94 | |
| 5 | Map at Valladares' House | ✓ | | 3/30/94 | |
| 6/6A | Letter found at Valladares' House & translation | ✓ | | 3/30/94 | |
| 8 | Copy of Plea Agreement | ✓ | | | |
| 9 | Statement | ✓ | | 3/30/94 | |
| 10 | Statement | ✓ | | 3/30/94 | |