UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__McALLEN__ DIVISION

UNITED STATES OF AMERICA

vs

JUAN ANTONIO SALAZAR

~~CIVIL ACTION~~ / CRIMINAL NO.
M-93-145-S2-06

RECEIPT FOR WITHDRAWAL OF EXHIBITS

Receipt of the following exhibits is acknowledged by the undersigned.

| TYPE OF EXHIBITS & NUMBERS (hearing/trial)(Govt/Pltf/Deft) | BRIEF DESCRIPTION OF EXHIBIT or ATTACH EXHIBIT LIST |
|---|---|
| Government's Exhibits - | |
| As per Exhibit List attached | |
| (Copies of originals to be returned to Clerk's office) | |

COMMENTS: _____

The above exhibits were received by _____
(print name, title, agency in criminal cases)
attorney for _____
(Pltf/Deft/other party)

_____ (signature)

S. Henry (deputy clerk)

April 22, 1994 (date)