| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |

McALLEN Division   November 23, 1993   CR. No. **M-93-145-S1**
File: **SUPERSEDING INDICTMENT**   Filed: August 3, 1993   Judge: Ricardo H. Hinojosa

County:
Promis #: 9303300
United States of America

Attorneys:

GAYNELLE GRIFFIN JONES, USA

v.

GREGORY J. SUROVIC, AUSA

App'd   Ret'd

F 1) Raul Valladares-Del Angel    Ct. 1 Warrant
F 2) Raul Valladares, Jr.    Ct. 2 Warrant
   ↓new Def'ts
F 3) Luis Valladares    Ct. 2 Warrant
P 4) Jose Angel Hernandez-Ochoa    Ct. 2
F 5) Pedro Sosa    Ct. 2 Warrant
P 6) Juan Antonio Salazar    Ct. 2 Warrant

Charge(s):   Ct. 1:  Escape from Federal Custody
             18 USC 751(a)

             Ct. 2:  Aid and Assist the Escape of a Federal Prisoner
             18 USC 752(a)

Total Counts (2)

Penalty:   Cts. 1&2:   5 yrs and/or $5,000.00  fine

In Jail:   Jose Angel Hernandez-Ochoa 11/17/93

On Bond:

No Arrest:   Lisa Longoria-Saenz, U.S. Marshal