| U.S. Department of Justice | Criminal Docket |
|---|---|

Washington, D.C.
12/14/93

| McALLEN Division | CR. No. M-93-145-S2 |
|---|---|

Superseding Indictment   Filed: December 16, 1993   Judge: Ricardo H. Hinojosa
County: Hidalgo
Promis #: 9303300
Deft #2 reassigned 3/18/99 FBV
Attorneys:

UNITED STATES OF AMERICA

GAYNELLE GRIFFIN JONES, U. S. ATTORNEY

v.

GREGORY J. SUROVIC, ASST. U.S. ATTORNEY

|   |   | App'd | Ret'd |
|---|---|---|---|
| F 1) Raul Valladares-Del Angel | Ct. 1 & 3   WARRANT |   |   |
| 2) ~~Raul Valladares, Jr.~~ Acquitted 3/22/99 | Ct. 2 & 3   WARRANT |   |   |
| F 3) Luis Valladares | Ct. 2 & 3   WARRANT |   |   |
| 4) ~~Jose Angel Hernandez-Ochoa (custody)~~ 8-11-95 | 383-5654 Ct. 2 & 3 RICARDO GONZALEZ | X |   |
| F 5) ~~Pedro Sosa~~ 7/11/03 - dismd | Ct. 2 & 3   WARRANT |   |   |
| 6) ~~Juan Antonio Salazar (cBOND)~~ 8/11/94 | 487-3739 Ct. 2 & 3   CALIXTRO VILLARREAL |   | X |

Charge(s):   Ct. 1:   Escape from Federal Custody
                       18 USC 751(a)

             Ct. 2:   Aid and Assist the Escape of a Federal Prisoner
                       18 USC 752(a)

             Ct. 3:   Knowingly used and carried a firearm in relation to crime of violance
                       18 USC 924(c)(1) and 2

Total Counts (3)

Penalty:   Cts. 1&2:   5 yrs and/or $5,000 fine

           Ct. 3:      5 yrs and/or $250,000 fine

In Jail:   Jose Angel Hernandez-Ochoa 11/17/93

On Bond:   Juan Antonio Salazar 12/3/93

No Arrest: Lisa Longoria-Saenz, U.S. Marshal

Proceedings

Date